1  CHARLES M. LOUDERBACK, Bar No. 88788
   JANINE R. HUDSON, Bar No. 206671
2  THE LOUDERBACK LAW FIRM
   One Embarcadero Center, Suite 2300
3  San Francisco, CA 94111
   Telephone: (415) 398-7860
4  Facsimile: (415) 398-7863

5  Attorneys for Defendant DAVID NIU

6  ANDREW M. ALTSCHUL, Bar No. 226008
   ALTSCHUL LAW OFFICE, PC
7  117 S.W. Taylor Street, Suite 200
   Portland, OR 97204
8  Telephone: (503) 417-0444

9  Attorneys for Plaintiff ACCENTURE, LLP

10

11                  IN THE UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

14  ACCENTURE, LLP,                    Case No.: C05-02929 MMC

15           Plaintiff,                **JOINT STIPULATION AND
                                       [PROPOSED] ORDER GRANTING
16       vs.                           EXTENSION OF TIME TO FILE
                                       RESPONSIVE PLEADINGS**
17  DAVID NIU,

18           Defendant.

19

20       **WHEREAS**, Plaintiff Accenture LLP ("Plaintiff") and Defendant David Niu

21  ("Defendant") ("jointly referred to herein as the "Parties") have executed a Wavier of Service of

22  Summons ("waiver"), which Plaintiff filed with this Court on August 18, 2005 thereby entitling

23  Defendant to 60 days from the July 26, 2005 service date of the waiver to file his initial responsive

24  pleadings;

25       **WHEREAS**, the Parties agree to extend Defendant's responsive pleading deadline to

26  September 30, 2005 to afford Defendant's newly retained counsel sufficient time to properly and fully

27  respond to the complaint;

28       **WHEREAS**, the aforementioned extension request will not affect the October 28, 2005

---

Case Management Conference or any other matters currently set by this Court, and it appears that good cause exists for the entry of an Order extending Defendant's responsive pleading deadline to September 30, 2005;

      **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, as follows: Defendant's last day to file his initial responsive pleadings currently set for September 26, 2005 shall be continued to September 30, 2005.

      **IT IS SO STIPULATED**.

DATED: August 24, 2005      By:   Janine R. Hudson /s/
                                           CHARLES M. LOUDERBACK
                                           JANINE R. HUDSON
                                           THE LOUDERBACK LAW FIRM
                                           Attorneys for Defendant
                                           DAVID NIU

DATED: August 24, 2005      By:   Andrew M. Altschul /s/
                                           ANDREW M. ALTSCHUL
                                           ALTSCHUL LAW OFFICE
                                           Attorneys for Plaintiff
                                           ACCENTURE LLP

      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 25, 2005      By: *[signature]*
                                           HON. MAXINE M. CHESNEY
                                           United States District Court Judge

33203v1