ANDREW M. ALTSCHUL (SBN 226008)
ALTSCHUL LAW OFFICE, PC
117 SW Taylor Street, Suite 200
Portland, Oregon 97204
Telephone: 503.417.0444
Facsimile: 503.417.0501
E-mail: *andrew@portlandemploymentlaw.com*

Attorney for Plaintiff-Counterdefendant
ACCENTURE LLP


CHARLES M. LOUDERBACK (SBN 88788)
JANINE R. HUDSON (SBN 206671)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: 415.398.7860
Facsimile: 415.398.7863

Attorneys for Defendant-Counterclaimant
DAVID NIU

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSICO/OAKLAND DIVISION

| | |
|---|---|
| ACCENTURE LLP,<br><br>　　　　　Plaintiff-Counterdefendant,<br><br>v.<br><br>DAVID NIU,<br><br>　　　　　Defendant-Counterclaimant. | Case No. C 05-02929 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES** |

　　　　　WHEREAS, in their Joint Case Management Statement the parties in this matter agreed to exchange initial disclosures on Friday, November 11, 2005;

　　　　　WHEREAS, due to the press of business and child care responsibilities counsel for Plaintiff-Counterdefendant Accenture, LLP ("Accenture") needs an extra week to finish preparing Accenture's initial disclosures;

WHEREAS, counsel for Defendant-Counterclaimant David Niu agrees to an extension of time to accommodate Accenture counsel and good cause for this one week extension exists;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their undersigned counsel as follows: the date that the parties shall exchange their Rule 26 Initial Disclosures shall be extended from November 11, 2005 to November 18, 2005.

IT IS SO STIPULATED.

DATED: November 10, 2005       By: Andrew Altschul /s/
_____
ANDREW M. ALTSCHUL
ALTSCHUL LAW OFFICE, PC
Attorney for Plaintiff-Counterdefendant
ACCENTURE LLP

DATED: November 10, 2005       By: Janine R. Hudson /s/
_____
CHARLES M. LOUDERBACK
JANINE R. HUDSON
THE LOUDERBACK LAW FIRM
Attorneys for Defendant-Counterclaimant
DAVID NIU

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: November 10, 2005       By: /s/ Maxine M. Chesney
_____
HON. MAXINE M. CHESNEY
United States District Court Judge